IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| RD. TRIS TRESNAWATI, as Special Administrator of the Estate of RUMANDI RAMADHAN, deceased,<br><br>    Plaintiffs<br><br>v.<br><br>THE BOEING CO., an Illinois corporation,<br><br>    Defendant. | No. |

## ORDER

This cause coming on to be heard on RD. TRIS TRESNAWATI'S Petition to Appoint Special Administrator, the Court being fully advised on the premises.

IT IS HEREBY ORDERED:

1. RD. TRIS TRESNAWATI'S Petition to Appoint Special Administrator of the Estate of RUMANDI RAMADHAN, deceased is hereby granted.

2. All heirs have waived service and consented to the appointment RD. TRIS TRESNAWATI.

3. RD. TRIS TRESNAWATI is hereby appointed Special Administrator of the Estate of RUMANDI RAMADHAN.

Andrew T. Hays
Sarah E. Buck
HAYS FIRM LLC
55 W. Wacker Dr., 14th Floor
Chicago, IL 60601
Phone: (312) 626-2537
ahays@haysfirm.com
Atty No. 46467

ENTER

**JUDGE JAMES P. FLANNERY**

MAR 20 2019

Circuit Court-1505